UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
        v.               )   M.B.D. No. 4-10170
                         )
BRIAN TODD and           )
SEAN TODD

### JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

On March 5, 2004, the government filed a criminal complaint charging the defendants with bank larceny, in violation of 18 U.S.C. §2113(b), case numbers 04M-1010-JGD and 04M-1010-JGD, respectively. Following the defendants' initial appearances, the parties began good faith discussions in an effort to resolve the proceeding by agreement rather than by indictment. As a result of these discussions, the defendants waived their rights to a preliminary examination within 30 days and Magistrate Judge Dein has granted the parties' joint motions to continue the probable cause hearings to June 17, 2004, on which date both defendants waived the issue of probable cause.

The parties now move herein to extend to August 12, 2004, the time period in which the government otherwise would be required or inclined to seek an indictment, and find, under 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of the Plan for Prompt Disposition of Criminal Cases of this Court, that the ends of justice served by granting the requested extension outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the period of the extension in

*Allowed*
*Tauro J  6/21/04*
**DOCKETED**
(1)

computing the time within which an information or an indictment must be filed under 18 U.S.C. §3161(b).

|  |  |
|---|---|
|  | Respectfully submitted, |
| BRIAN TODD<br>SEAN TODD<br>By their attorney<br><br>*/s/ Scott F. Gleason (DLC)*<br>SCOTT F. GLEASON, ESQ.<br>163 Merrimack<br>Haverill, MA | MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: */s/ Donald L. Cabell*<br>DONALD L. CABELL<br>Assistant U.S. Attorney<br>(617) 748-3105 |

June 17, 2004